Case 3:16-cv-00349   Document 18   Filed in TXSD on 09/19/17   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
September 20, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TONYA WALLACE, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | No. 3:16-cv-00349 |
| v. | § § | JURY TRIAL DEMANDED |
| CANTEX CONTINUING CARE NETWORK, LLC, et al., | § § § § | |
| Defendants. | § | |

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

In accordance with Plaintiff Tonya Wallace's Rule 41(a)(1)(A)(i) Notice of Dismissal Without Prejudice, the following parties are **DISMISSED** without prejudice to refiling:

1. Cantex Continuing Care Network, LLC;

2. Sorrento Continuing Care Center Ltd. Co. d/b/a Sorrento;

3. Westover Continuing Care Center Ltd. Co. d/b/a Windemere At Westover Hills;

4. Livingston Health Care Center Ltd. Co. d/b/a The Bradford At Brookside;

5. Fort Bend Continuing Care Center Ltd. Co. d/b/a Fort Bend Healthcare Center;

6. Belmont Care Center Ltd. Co. d/b/a The Belmont at Twin Creeks;

7. Denison Health Care Center Ltd. Co. d/b/a Beacon Hill;

8. Bel Air Continuing Care Center Ltd. Co. d/b/a Bel Air at Teravista;

9. Broadmoor Continuing Care Center Ltd. Co. d/b/a The Broadmoor At Creekside Park;

10. Coronado Care Center Ltd. Co. d/b/a Coronado At Stone Oak;

11. Hollymead Continuing Care Center Ltd. Co. d/b/a Hollymead;

12. Carlyle Health Center Ltd. Co. d/b/a Carlyle At Stonebridge Park;

13. Stoneleigh Health Care Center Ltd. Co. d/b/a Larkspur;

14. Colonnades Health Care Center Ltd. d/b/a The Colonnades At Reflection Bay;

15. Woodville Health Care Center Ltd. Co. d/b/a Woodville Health and Rehabilitation Center;

16. Gainesville Health Care Center Ltd. Co. d/b/a Renaissance Care Center;

17. Mathis Health Care Center Ltd. Co. d/b/a Palma Real;

18. Seago Health Care Center Ltd. Co. d/b/a The Manor at Seagoville;

19. Ashford Health Care Center Ltd. Co. d/b/a Ashford Gardens;

20. Oakwood Health Care Center Ltd. Co. d/b/a Oakwood Manor Nursing Home;

21. Villa Health Care Center Ltd. Co. d/b/a The Villa At Mountain View;

22. Silsbee Health Care Center Ltd. Co. d/b/a Silsbee Convalescent Center;

23. Windsor Place Health Care Center Ltd. Co. d/b/a Windsor Gardens;

24. Carrollton Health Care Center Ltd. Co. d/b/a The Madison On Marsh;

25. Cresthaven Health Care Center Ltd. Co. d/b/a Magnolia Manor;

26. FW Senior Community Ltd. Co. d/b/a The Harrison At Heritage;

27. Crescent Continuing Care Center Ltd. Co. d/b/a The Crescent;

28. Solera Transitional Health Care Ltd. Co. d/b/a Solara At West Houston;

29. SR Senior Community Ltd. Co. d/b/a San Remo;

30. Sutton Health Care Center Ltd. Co. d/b/a Prairie Estates; and

31. FM 1382 Health Care Center Ltd. Co. d/b/a Crestview Court.

All other parties (i.e., Alvin Health Care Center Ltd. Co. d/b/a Laurel Court) remain active.

**SIGNED** this _19th_ day of _September_ in the year 2017 at Galveston, Texas.

George C. Hanks
United States District Judge