United States District Court
Southern District of Texas
**ENTERED**
April 13, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| TONYA WALLACE, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:16-CV-349 |
| § | |
| CANTEX CONTINUING CARE § | |
| NETWORK, LLC, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

The plaintiffs, Tonya Wallace and Sally Ann Valdez, and the lone remaining defendant, Alvin Health Care Center d/b/a Laurel Court,[1] have settled and have filed a joint motion to dismiss. That motion (Dkt. 20) is **GRANTED**. All claims remaining in this case are **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs. **THIS IS A FINAL JUDGMENT**.

SIGNED at Galveston, Texas, this 12th day of April, 2018.

George C. Hanks Jr.
United States District Judge

---

[1] The Court has entered an order of partial dismissal without prejudice as to the other named defendants (Dkt. 18).